

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE MATTER OF | § | No. 08-16-00143-CV |
| C.R.A., | § | Appeal from the |
| A JUVENILE | § | County Court at Law No. 1 |
| | § | Of Denton County, Texas |
| | § | (TC# JV-2014-00158) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. It appearing to this Court that Appellant is indigent, we make no further order as to payment of costs on appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF NOVEMBER, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.